IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| MICHAEL SMOCK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-CV-00051-LRR |
| | ) | |
| vs. | ) | |
| | ) | **IAIS'S PROPOSED SPECIAL** |
| IOWA INTERSTATE RAILROAD, LTD., | ) | **VERDICT FORM** |
| Corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

We find the following verdict on the questions submitted to us:

**INTERROGATORY NO. 1:** Was the defendant, Iowa Interstate Railroad, Ltd. ("IAIS"), negligent?

**ANSWER:** _____

(If your answer is "no", do not answer any other interrogatories; if your answer is "yes", go to Interrogatory No. 2.)

**INTERROGATORY NO. 2:** Was the negligence of Iowa Interstate Railroad, Ltd. ("IAIS") a proximate cause of the plaintiff's injury?

**ANSWER:** _____

(If your answer is "no", do not answer any other interrogatories; if the answer is "yes," go to Interrogatory No.3.)

**INTERROGATORY NO. 3:** Was the plaintiff, Michael Smock negligent?

(If your answer is "no," go to Interrogatory No.6; if the answer is "yes," go to Interrogatory No.4.)

**INTERROGATORY NO. 4:** Was the negligence of Michael Smock a proximate cause of his injury?

**ANSWER:** _____

(If your answer is "no", go to Interrogatory No. 6; if the answer is "yes", go to Interrogatory No. 5.)

**INTERROGATORY NO. 5:** State the percentage of fault for each party to this action as a cause of injury to Michael Smock.

**ANSWER:**   Plaintiff, Michael Smock   _____%

Defendant, IAIS   _____%

(Must equal 100%)

**INTERROGATORY NO. 6:** Without any reduction for the negligence which you may find on Michael Smock's part, what amount do you find will fairly and adequately compensate the plaintiff for the injury he claims to have received?

**ANSWER:**   $_____

_____          _____
Date                                                        Foreperson