# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

**WITNESS & EXHIBIT LIST**

MICHAEL SMOCK

     Plaintiff(s),

vs.

IOWA INTERSTATE RAILROAD, LTD.

     Defendant(s).

Trial Dates  11/17/08 to 11/19/08

Case No. 1:07 cv 51
Presiding Judge JON STUART SCOLES
Deputy Clerk /s/ Lindsey Brumback
Court Reporter Patrice Murray
Plaintiff Att'y George Brugess
Defendant Att'y Ed Krug; Sasha Monthei

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| - | Michael Smock, Plaintiff | 11/17/08 | 1:20 pm | 11/18/08 | 10:07 am |
| - | Dawn Weatherman | 11/18/08 | 10:08 am | 11/18/08 | 10:23 am |
| - | Dr. Thomas Burg | 11/18/108 | 10:44 am | 11/18/08 | 11:09 am |
| - | Patrick Sheldon | 11/18/08 | 1:31 pm | 11/18/08 | 2:09 pm |
| - | Dr. Diana Sprague | 11/18/08 | 2:11 pm | 11/18/08 | 2:51 pm |
| - | Patrick Sheldon (continued) | 11/18/08 | 3:11 pm | 11/18/08 | 3:36 pm |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | None Called | | | | |
| | | | | | |
| | | | | | |

Exhibit List following this document.

* Exhibit Receipted to Task Force Officer

** **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
|  | None |  |  |
|  |  |  |  |
| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
| 3 | November 2, 2005 Jeff Johnson e-mail "Met with Mike Smock" | 11/18/08 | x |
| 10 | Smock's BA-6 Earning history | 11/17/08 | x |
| 16 | Photographs of chute | 11/17/08 | x |
| 20 | Dr. Sprague's records (1 page) | 11/17/08 | x |
| 22 | Photos (22-10, 22-11, 22-12, 22-14, 22-28) | 11/17/08 | x |
| 24 | 4/13/07 MRI of right ankle | 11/18/08 | x |
| 26 | Dr. Sprague's medical records (4 pages) | 11/18/08 | x |
|  |  |  |  |
| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
| A | Post-accident photos (A1, A2, A3, A4, A5) | 11/17/08 - 11/18/08 | x |
| B | 3/8/06 IAIS Termination Letter | 11/18/08 | x |
| C | 2/3/06 Notice of Investigation | 11/18/08 | x |
| E | 1/31/06 Unaltered work release | 11/17/08 | x |
| F | 1/31/08 Altered Work Release | 11/17/08 | x |
| G | 2006 Tax returns (G2) | 11/18/08 | x |
| H | Smock PI Report | 11/17/08 | x |
| I | De. Sprague 1/31/06 note | 11/18/08 | x |
| L | Resume (L2) | 11/18/08 | x |
| M | IAIS Officer's Accident Report | 11/18/08 | x |
| O | Photos (O1, 02, 03) | 11/17/08 | x |
| P | City of Muscatine Application | 11/18/08 | x |

| S | Muscatine PT office 2/23/06 | 11/18/08 | x |
| U | Deed | 11/18/08 | x |
| Y | **NON JURY EXHIBIT** | 11/17/08 | **NON JURY** |