# Jeff Johnson

**Subject:** Site Inspection of Smock Injury
**Location:** Oxford

**Start:** Wed 11/2/2005 9:30 AM
**End:** Wed 11/2/2005 10:00 AM

**Recurrence:** (none)

My self with Joe Moon, Dave McFarland and Scott Woodward inspected the area of the incident. Upon inspection the group did not take exception to the area but felt that there is room for improvement. The ballast is settled in and not loose as described by Smock. It also appeared that the trucks have not effected the ballast. There is a natural slope caused by the effects of "Angle of Repose" per SFW. Scott said that he would talk to Collins and will get some additional ballast put down in the near future but as stated before there was not a concern from the group that there was an immediate safety concern. I documented the area with photographs.



PLAINTIFF'S EXHIBIT 3