Social Security No. 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  
Employee Name M L SMOCK  
Date of Birth 06/29/1965  

# Earnings Data

August 14, 2007  
Page 1 of 2

| Year | Service Months | Tier 1 Comp | Tier 2 Comp | SS Wages | Misc Wages | SS Quarter of Coverage | Military Earnings | Yearly Total |
|------|---------------|-------------|-------------|----------|------------|------------------------|-------------------|--------------|
| 2006 | 3  | 8,039.28  | 7,774.70  | 0.00      | 264.58   | 0 | 0.00 | $8,303.86  |
| 2005 | 12 | 47,812.24 | 47,812.24 | 0.00      | 1,512.00 | 0 | 0.00 | $49,324.24 |
| 2004 | 12 | 52,500.33 | 52,500.33 | 0.00      | 0.00     | 0 | 0.00 | $52,500.33 |
| 2003 | 12 | 55,302.40 | 55,302.40 | 0.00      | 0.00     | 0 | 0.00 | $55,302.40 |
| 2002 | 12 | 64,743.74 | 63,000.00 | 0.00      | 0.00     | 0 | 0.00 | $64,743.74 |
| 2001 | 12 | 55,721.47 | 55,721.47 | 730.86    | 0.00     | 0 | 0.00 | $56,452.33 |
| 2000 | 12 | 64,190.72 | 56,700.00 | 0.00      | 0.00     | 0 | 0.00 | $64,190.72 |
| 1999 | 12 | 56,778.86 | 53,700.00 | 0.00      | 0.00     | 0 | 0.00 | $56,778.86 |
| 1998 | 12 | 42,722.46 | 42,722.46 | 0.00      | 0.00     | 0 | 0.00 | $42,722.46 |
| 1997 | 4  | 9,835.72  | 9,835.72  | 20,809.56 | 0.00     | 4 | 0.00 | $30,645.28 |
| 1996 | 0  | 0.00      | 0.00      | 23,254.02 | 0.00     | 4 | 0.00 | $23,254.02 |
| 1995 | 0  | 0.00      | 0.00      | 26,228.51 | 0.00     | 4 | 0.00 | $26,228.51 |
| 1994 | 0  | 0.00      | 0.00      | 29,141.69 | 0.00     | 4 | 0.00 | $29,141.69 |
| 1993 | 0  | 0.00      | 0.00      | 29,752.58 | 0.00     | 4 | 0.00 | $29,752.58 |
| 1992 | 0  | 0.00      | 0.00      | 30,440.17 | 0.00     | 4 | 0.00 | $30,440.17 |
| 1991 | 0  | 0.00      | 0.00      | 25,840.38 | 0.00     | 4 | 0.00 | $25,840.38 |
| 1990 | 0  | 0.00      | 0.00      | 20,010.60 | 0.00     | 4 | 0.00 | $20,010.60 |
| 1989 | 0  | 0.00      | 0.00      | 14,235.41 | 0.00     | 4 | 0.00 | $14,235.41 |
| 1988 | 0  | 0.00      | 0.00      | 3,213.54  | 0.00     | 4 | 0.00 | $3,213.54  |
| 1987 | 0  | 0.00      | 0.00      | 1,473.50  | 0.00     | 3 | 0.00 | $1,473.50  |
| 1986 | 0  | 0.00      | 0.00      | 182.00    | 0.00     | 0 | 0.00 | $182.00    |
| 1985 | 0  | 0.00      | 0.00      | 64.75     | 0.00     | 0 | 0.00 | $64.75     |
| 1984 | 0  | 0.00      | 0.00      | 7,463.54  | 0.00     | 4 | 0.00 | $7,463.54  |
| 1983 | 0  | 0.00      | 0.00      | 84.00     | 0.00     | 0 | 0.00 | $84.00     |
| 1982 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1981 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1980 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1979 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1978 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1977 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1976 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1975 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1974 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1973 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1972 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1971 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1970 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1969 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1968 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1967 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1966 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1965 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1964 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1963 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1962 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1961 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1960 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1959 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1958 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1957 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1956 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1955 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |
| 1954 | 0  | 0.00      | 0.00      | 0.00      | 0.00     | 0 | 0.00 | $0.00      |



PLAINTIFF'S EXHIBIT 10

Social Security No. 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　　Earnings　　August 14, 2007
Employee Name M L SMOCK　　Data　　Page 2 of 2
Date of Birth 06/29/1965

| Year | Service Months | Tier 1 Comp | Tier 2 Comp | SS Wages | Misc Wages | SS Quarter of Coverage | Military Earnings | Yearly Total |
|---|---|---|---|---|---|---|---|---|
| 1953 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | $0.00 |
| 1952 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | $0.00 |
| 1951 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | $0.00 |
| 1950 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | $0.00 |

103

NOTE: 1950 earnings data contains cumulative earnings from 1937 through 1950