



PLAINTIFF'S EXHIBIT 16