DEA # _____

MERCY SERVICES WEST LIBERTY
LAUREN E. HANNA, M.D.
THERESA E. HEGMANN, P.A.C.
DIANNA SPRAGUE, P.A.C.
ROGER BARILLAS, A.R.N.P.
1401 CRESS STREET • P.O. BOX 108
WEST LIBERTY, IA 52776
319-627-2131  FAX: 319-627-2087

NAME  Michael Smock

ADDRESS                                    DATE  2/10/06

R (Please Print)

Please extend Mikes Absence
from work from 2/10/06 to
2/24/06. He will continue
with weekly office visits and
physical therapy 2-3 x week
for flexibility & strength.

☐ LABEL

REFILL ____ TIMES    PRN ____    NR ____

                              Smock PA

PRODUCT SELECTION PERMITTED          DISPENSE AS WRITTEN
06-NOV-05                            TR051108_100162068-41_01_49903_0002

PLAINTIFF'S
EXHIBIT
2.0
tabbies