

Case 1:07-cv-00051-JSS   Document 80-5   Filed 11/19/08   Page 1 of 5



22-11

Case 1:07-cv-00051-JSS   Document 80-5   Filed 11/19/08   Page 2 of 5




Case 1:07-cv-00051-JSS   Document 80-5   Filed 11/19/08   Page 4 of 5

