# Radiologic Medical Services, PC

EXAM DATE: 04-13-07  
PATIENT SSN: 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  
ACCOUNT #: 43733  

PATIENT NAME: MICHAEL L SMOCK  
DOB: 06-29-65  
ACCESSION #: 18660  

EXAM PERFORMED AT  STEINDLER ORTHOPEDIC CLINIC

ORDERING PHYSICIAN:  DANIEL D COONS, PA  
CC:

INTERPRETING PHYSICIAN:  THOMAS D BERG, MD

EXAM: MRI Ankle Right w/o contrast

INDICATIONS: Medial pain.  
COMPARISON EXAM: None.

FINDINGS:  
Standard right ankle MRI was performed without gadolinium. Examination demonstrates a well corticated bony ossicle just distal to the medial malleolus which may represent sequelae from a avulsion injury versus less likely an accessory ossicle.

The anterior and posterior talofibular and tibia-fibula ligaments are intact.

There is a longitudinal split of the peroneus brevis. Peroneus longus, extensor and flexor tendons appear grossly intact.

There is some minimal increased T2 signal within the deltoid ligament complex which may represent sequelae from prior trauma.

There is a small calcaneal spur present. The Achilles and plantar fascia insertions appear unremarkable.

IMPRESSION:
1. Small well corticated bony ossicle located just distal to the medial malleolus which is felt to represent sequelae from prior avulsion injury. There is accompanying increased T2 and T1 signal within the deltoid ligament complex (deep fibers) which I suspect is related to prior trauma
2. Longitudinal split peroneus brevis.
3. Mild degenerative/stress related changes in the posterior facet subtalar joint with associated small joint effusion.

James A. Wiese MD  
Timothy M. Skopec MD.  
Thomas D. Berg MD  
Shane A. Kraske, MD  
Brian C. Potts, MD  
Scott M. Truhlar MD  
Kirk K. Garmager MD  
Colin J O'Brien MD  

Diplomates of the  
American Board of Radiology

1101 5th Street Suite 200  
P.O. Box 5040  
Coralville, Iowa 52241-0040  

319-339-8880  
fax 319-339-0873


PLAINTIFF'S EXHIBIT 24  
C-05-71  11/18/07

# Radiologic Medical Services, PC



THOMAS BERG, MD

Dictated: 04-13-2007 11:21:42 AM
Approved: 04-13-2007 11:23:25 AM

TB/TB

James A. Wiese MD
Timothy M. Skopec MD
Thomas D. Berg MD
Shane A. Kraske, MD
Brian C. Potts, MD
Scott M. Trohlar MD
Kirk K. Garmager MD
Colin J O'Brien MD

Diplomates of the
American Board of Radiology

1101 5th Street Suite 200
P.O. Box 5040
Coralville, Iowa 52241-0040

319-339-9860
fax 319-339-9873