

EXHIBIT A-1

Case 1:07-cv-00051-JSS   Document 80-8   Filed 11/19/08   Page 1 of 5

DEF EXHIBIT A-2





DEF EXHIBIT A-5