

March 8, 2006

Mr. Michael Smock
2141 Highway #6
Atalissa, Iowa 52720

Dear Mr. Smock:

As a result of a formal investigation conducted on February 22, 2006, it was determined that you violated General Code of Operating Rules, Rule 1.6 in connection with your dishonesty regarding your lay off since January 31, 2006.

Your employment with the Iowa Interstate Railroad Company, Ltd. is hereby terminated.

Arrange to contact Assistant Superintendent, Joe Moon, at 319-330-1625 to make arrangements to return all company property in your possession.

Sincerely,

*M. C. Burkart*

M. C. Burkart
Chief Transportation Officer

cc: Jeff Fugate, UTU
    Bobbi Allen, HR



EXHIBIT 5
12/5/07 AWJ



DEF EXHIBIT B

5900 6th Street S.W. • Cedar Rapids, IA 52404 • main ph. 319.298.5400
customer service ... 319.298.... human resources fax 319.298.5458



**IOWA IAIS INTERSTATE**

5900 Sixth Street SW
Cedar Rapids, IA 52404

## NOTIFICATION OF FORMAL INVESTIGATION
### Date of Notice: February 3, 2006

| Name | Employee # | Address |
|---|---|---|
| Certified Mail #7004 0750 0001 2033 5382 To: Michael Smock | #662 | 2141 Highway #6, Atalissa, IA 52720 |

**You are to attend a formal hearing**

At: Iowa Interstate Railroad, Ltd., Location: Iowa City Yard Office – Conference Room
800 Webster Street, Iowa City, IA 52240

On: Day, Friday, February 10, 2006 @ 1000 hours

to ascertain the facts and determine your responsibility, if any, in connection with:

your alleged dishonesty regarding your layoff since January 31, 2006.

Possible Rules Violation: GCOR Rule 1.1
GCOR Rule 1.6
and any other possible rules violation in connection therewith

You have the right to representation and to bring witnesses as provided for by the current UTU Agreement.

Witnesses for the Iowa Interstate Railroad, Ltd.: Brandy Walsh - Dispatcher
Bobbi Allen – Manager Human Resources

Jeff Jansenius, Chief Mechanical Officer  _Jeff Jansenius (cy)_
Signature and Title of Company Official

cc: Mick Burkart - Hearing Officer
cc: Jeff Fugate, UTU

---

Detach and Return by Mail or Fax to (319) 298-5458  - ASAP

This acknowledges receipt of notice dated February 3, 2006, requesting me to attend a formal investigation on Friday, February 10, 2006 at 1000 hours at the Iowa City Yard Office.

Date Notice Received _____  Employee Signature _____

DEF EXHIBIT C

MERCY SERVICES WEST LIBERTY
LAUREN E. HANNA, M.D.
THERESA E. HEGMANN, P.A.C.
DIANNA SPRAGUE, P.A.C.
ROGER BARILLAS, A.R.N.P.
1401 CRESS STREET • P.O. BOX 108
WEST LIBERTY, IA 52776
319-627-2131   FAX: 319-627-2087

NAME: Mike Smock
DATE: 1/31/06

℞ (Please Print)

Please excuse Mike from work 2/1/06 – 2/10/06 due to ankle pain and swelling.

---

MERCY SERVICES WEST LIBERTY
LAUREN E. HANNA, M.D.
THERESA E. HEGMANN, P.A.C.
DIANNA SPRAGUE, P.A.C.
ROGER BARILLAS, A.R.N.P.
1401 CRESS STREET • P.O. BOX 108
WEST LIBERTY, IA 52776
319-627-2131   FAX: 319-627-2087

NAME: Mike Smock
DATE: 2/24/06

℞ (Please Print)

Please extend Mike's absence from work due to R/L ankle sprain from 2/24/06 – 3/10/06. He is continuing with PT. He has increased swelling + instability from [illegible].

DEF EXHIBIT E

Att: Connie
BrcF

Rec'd 2-03-06 7:20
by Paul in Dispatch

ExD

DEA #

MERCY SERVICES WEST LIBERTY
LAUREN E. HANNA, M.D.
THERESA E. HEGMANN, P.A.C.
DIANNA SPRAGUE, P.A.C.
ROGER BARILLAS, A.R.N.P.
1401 CRESS STREET • P.O. BOX 108
WEST LIBERTY, IA 52776
319-627-2131  Fax: 319-627-2087

NAME   Mike Smock
ADDRESS                                DATE  1/31/06

Rx (Please Print)

Please excuse Mike
from work 2/1/06 –
2/10/06 due to ankle
pain and swelling.

☐ LABEL
REFILL ____ TIMES ____ PRN ____ NR

[signature] Dianna Sprague PAC
PRODUCT SELECTION PERMITTED        DISPENSE AS WRITTEN
08-NOV-04
TR051104_100162000-41_01_49003_0002

Att:
Bobbi   allan



Case 1:07-cv-00051-JSS   Document 80-9   Filed 11/19/08   Page 4 of 4