
DEF EXHIBIT H


EXHIBIT 3
12/5/07 AWJ

# IOWA INTERSTATE RAILROAD, LTD.

## REPORT OF PERSONAL INJURY OR ILLNESS

**RULE 1.2. GENERAL CODE OF OPERATING RULES:** "All cases of personal injury while on duty or on Company property must be immediately reported to the proper manager and the prescribed form completed. A personal injury that occurs while off duty that will in any way affect employee performance must be reported to the proper manager as soon as possible. The injured employee must also complete the prescribed form before returning to service."

*Instructions: Answer all questions in each applicable section, legibly, in ink, accurately and fully in your own handwriting as soon as possible after an accident / illness occurs. If unable to complete the report due to your physical condition, the required information must be furnished by the person completing the form on your behalf.*

### SECTION I - IDENTIFICATION OF ILL / INJURED EMPLOYEE

(1) Name of Injured / Ill Person (first, middle, last): **Michael L Smock**
(2) Residence Phone #: **(563) 649-2230**
(3) Age: **40**
(4) Birth Date: **6-29-65**
(5) Complete Address: **2141 Hwy #6, Atalissa, Iowa 52720**
(6) Social Security Number: **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**
(7) Employee Number: **662**
(8) Gender: **Male**
(9) Marital Status: **Single**
(10) Occupation: **Conductor**
(11) Department: **T&E**
(12) Date Entered Service: **9-9-97**
(13) Immediate Supervisor: 
(14) Time Shift or Trip Began: **0800**
(15) Assigned Rest Days: **Saturday - Sunday**

### SECTION II - DETAILS OF ACCIDENT / INCIDENT / ILLNESS

(1) Date of Accident: **11-1-05**
(2) Time: **1524 PM**
(3) Location: **Oxford elevator, Oxford Ia**
(4) Mile Post: **257.6** Division **3** Main Track
(5) Was Injured / Ill Party: **On Duty, On Company Property**
(6) Weather: **Clear** Temperature **56°**
(7) Visibility: **Daylight**
(8) Names and Occupations of Others on Crew or in Department:

**Bill Mefferd - engineer**

(9) Explain Specific Job or Activity Being Performed at the Time of Accident:

**Clear main line to meet east bound.**

(10) Describe In Detail How Accident Occurred:

**Walking away from switch to watch elevator loading shute.**

(11) Did IAIS Equipment and/or Tools Cause or Contribute to the Cause of the Accident? **Yes**

If Yes, Provide Complete Details:

**Ballast around switch stand area improperly maintained - 8"-12" drop off with loose ballast. Ties not properly dressed higher then the loose ballast.**

## SECTION II - (continued)

(12) Did Other Persons Cause or Contribute to the Cause of the Accident / Incident / Illness? (circle one) Yes **(No)**

If Yes, Provide Names of Other Persons and What They Were Doing to Cause or Contribute to the Cause of the Accident / Incident / Illness

(13) List Names, Occupations and Address of All Persons Who Witnessed the Accident / Incident / Illness

## SECTION III - TRAIN OPERATION EQUIPMENT INVOLVED IN ACCIDENT / INCIDENT / ILLNESS

| (1) Train Symbol | (2) Engine Number | (3) Consist (loads, empties, tons) | (4) Identifying Initials & Numbers of Engine, Car or Other Equipment Involved in Accident / Incident |
|---|---|---|---|
| 0800R2Su | 602 | 0 | 602 IaIS |

(5) Equipment Was **(Stopped)** Moving - Speed ____ Time Table ____ Direction ____

(6) Did this Accident / Incident / Illness Result from Riding On, Boarding, or Alighting From, or Being Struck or Run Over By Moving Engines, Cars, Cars Lading or Other Equipment? (circle one) Yes **(No)** If Yes, Explain

## SECTION IV - NATURE OF INJURY / ILLNESS AND TREATMENT

(1) Nature of Injury / Illness (laceration, bruise, sprain, etc)

(2) Are of Body Affected (right, left, front, back, upper, lower, etc)

(3) Nature and Extent of Injury / Illness

(4) Treatment Required (circle one) None First Aid Treated & Released X-Rays Hospitalized Other (explai

(5) If First Aid Was Administered, Name the Person(s) and What Type of First Aid Was Administered

(6) Was Injured / Ill Party Examined by a Doctor? (circle one) Yes No If Yes, Doctor's Name/Adress

(7) Doctor's Telephone # ( ) -

(8) What Type of Treatment Was Provided?

(9) Did You Receive a Prescription for the Injury / Illness? (circle one) Yes No

If Yes, Wah is the Name of the Prescribe Medicaiton(s)?

(10) If Hospitalized, Name and Address of Hospital

(11) Were You Able to Return to Work on Next Assignment? (circle one) Yes No

If No, Approximate Date of Return

(12) Name of Immediate Supervisor on Duty at the Time of the Injury / Illness

## MEDICAL RECORDS AUTHORIZATION

I, the Injured / Ill person, authorized the health care provider(s) and / or hospital(s) to furnish medical data concerning my injury / illness for as long as I am being treated for this injury / illness to Iowa Interstate Railroad, Ltd., and / or its representatives upon request. I also authorize IAIS and its representatives to talk with the health care provider(s) and / or hospital(s) concerning my injury / illness for as long as I am being treated for this injury / illness. A photostatic copy of this authorization whall be deemed by any health care provider and / or hospital effective and valid as the orginal.

I certify that the foregoing information is true and correct.

Mike Stork (signature) — Signature of Injured / Ill Person

Mike Stork (signature) — Person Completing the Report

11-1-05 — Date

Distribution of this Report Orginal to the Human Resources Department

Fax to Dispatcher Immediately