

1/31/06    Michael Smock    DOB: 6/29/65                              D. Sprague PA-C/L. Hanna MD/lmd
P: Right ankle pain.
S: Mike sprained his ankle back on 11/2/05 when he was stepping back from the switch on the railroad tracks and sprained it. He saw Mercy Occupational Health. Had a negative x-ray. Was placed in a splint for a while and then was returned to regular duties, I believe a week or two after this. He's continuing to have pain and swelling in his right ankle that's limiting his activities such as squatting and walking on uneven surfaces both at home and at work. His job requires him to do some maneuvering around on narrow-stepped ladders, ties, etc. where he does need some good ankle stability to maneuver these. Subsequently his ankle is still feeling swollen and uncomfortable. He is unable to wear the air splint with his required work boots that was provided to him by Occupational Health. It sounds like an air cast. He has been released by Occupational Health to return to work and it was my impression he was told that if he had further problems, to F/U with his family doctor.
O: Weight 270. BP 126/80. Exam of his right ankle notes normal anatomy but he has some soft tissue swelling inferior and anterior to the malleolus where he is most tender. I don't appreciate any obvious ligamentous laxity but he has pain with inversion. There is no obvious palpable bony abnormalities or localized discomfort. Skin is intact. He is neurovascularly intact

M. Smock - 2

A: Persistent swelling, discomfort after right ankle sprain.                                              MS 209
P: Will send him to PT, have him start anti-inflammatories on a regular basis and take him off work 2/1 through 2/10. Hopefully they can work with him to stabilize the ankle and decrease some of the pain and swelling modalities so he can resume his activities. We'll see him back in about 7 to 10 days for F/U