DEF EXHIBIT L - 2

Michael L. Smock
2141 Highway #6
Atalissa, IA 52720
563-649-2230

## Work Experience

**03/04 – Present**

**Maintenance/Groundskeeper**
*R & R Rentals*
* Manage 15 apartments
* Maintain/repair central air conditioning units, window air conditioners, and gas furnaces
* Perform plumbing repairs
* Install appliances, flooring, windows, etc.
* Mow, clear snow and keep exterior of building in good condition
* Perform miscellaneous repairs throughout the apartments

**4/99 - Present**

**Engineer/Conductor**
*Iowa Interstate Railroad, Iowa City, IA/Rock Island, IL*

**Part of 2001**

**Footboard Yardmaster**
*Iowa Interstate Railroad, Iowa City, IA*
* Served in this capacity for short timeframes twice, unsure of exact dates

**9/97 – 4/99**

**Conductor**
*Iowa Interstate Railroad, Iowa City, IA/Rock Island, IL*

**3/96-9/97**

**Operations/Custom Applicator**
*S/M Service Co., West Liberty, IA*
Responsibilities include:
* Applying fertilizers and applying herbicides and pesticides
* Following proper mixing formulations and proper mixing sequence
* Follow maps of fields and GPS maps
* Delivering L.P. gas and liquid fuels as required
* General maintenance of equipment

**8/95-3/96**

**Warehouse Manager**
*Innovation Group, Davenport, IA*
* Planned development of new warehouse
* Supervised team of 9 people in Shipping Department
* Planned and presented training and safety meetings for new employees
* Planned day-to-day operations

**6/94-8/95**

**Team Leader - Shipping and Warehousing**
*Louis Rich Company, West Liberty, IA*
* Supervising a team of 11 people in Shipping Department
* Maintaining control of inventory using computer aided systems creating Bills of Lading, Manifests, and Purchase Orders for each outbound load
* Work closely with dispatchers to relay information to drivers and to coordinate work
* Prioritizing the loading/unloading of inbound/outbound shipments
* Training new employees, planning and presenting TQM training and safety meetings

**6/90-6/94**

**Process Leader - 2nd Shift**
*Louis Rich Company, West Liberty, IA*
* Supervised a team of 24 people responsible for all cleaning operations on second shift
* Ensured that all regulations and cleaning procedures were followed

MS 265

**ADDITIONAL INFORMATION:** Completed Kirkwood HAZMAT Training Course in 1995
Certified HAZMAT First Responder (Technician Level)
Member of Atalissa Volunteer Fire Department
Certified EMT (B)
Computer skills include MS Word, Wordperfect, mainframe, e-mail
Familiarity with spreadsheets

**REFERENCES:** Available upon request

MS 266

Interview with Michael Smock

3/2/06   8:30 AM   ON Time

1.) Can you run a Rubber Tire loader No - Dump Truck Yes
Skidsteer Yes                                   Not a lot

2.) Have you ever worked with Concrete Yes / Asphalt
    Sidewalks                                    Yes
    Driveways                                    Little

3.) Do you have any special skills? Drive anything
    Railroad work

Current CDL   Class B

Questions Health Care - Union
Wants Straight Days

MS 267