# IOWA INTERSTATE RAILROAD, LTD.
## OFFICER'S ACCIDENT REPORT

CT4A
FEB 2001

| NAME OF PERSON INJURED/INVOLVED IN ACCIDENT | SOCIAL SECURITY # | EMPLOYEE # |
|---|---|---|
| Michael L Smock | 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 | 662 |

| 2. TITLE/OCCUPATION | 3. JOB |
|---|---|
| Conductor | 0800 Day Switcher |

| 4. SERVICE DATE | 5. TIME AT PRESENT JOB | 6. REST DAYS |
|---|---|---|
| 9/9/97 | | Sat/Sun |

| 7. DATE OF ACCIDENT | 8. TIME OF ACCIDENT | 9. LOCATION OF ACCIDENT |
|---|---|---|
| 11/1/05 | 1524 | switch / oxford elevator |

| 10. NATURE OF INJURY (Laceration, Bruise, Sprain, etc.) | 11. AREA OF BODY AFFECTED |
|---|---|
| possible right ankle sprain | right ankle |

| 12. WAS PERSON ASSIGNED TO RESTRICTED DUTY? | 13. ATTENDING PHYSICIAN |
|---|---|
| ☒ YES  ☐ NO | Mercy occupational |

| 14. DESCRIPTION OF MEDICAL ATTENTION GIVEN | 15. DID YOU ACCOMPANY EMPLOYEE TO DOCTOR? |
|---|---|
| X ray, ankle brace, Ibuprofen | ☒ YES  ☐ NO |

16. IF YOU DID NOT, WHY, AND WHO DID?

**DESCRIBE THE ACCIDENT FULLY**

employee stepped back from switch, placed ankle in a spot that had been disturbed by vehicles from grain elevator, twisted his ankle, fell to the ground.

EXHIBIT 12
12/5/07 AWJ

000897

DEF EXHIBIT M

continued on back

Case 1:07-cv-00051-JSS   Document 80-14   Filed 11/19/08   Page 1 of 2

CT4A
FEB 2001

**17a. DIAGRAM ACCIDENT, IF APPLICABLE**

**18. UNSAFE ACTS AND/OR PERSONAL FACTORS CONTRIBUTING TO ACCIDENT (Specify safety rule if applicable)**

Conductor should have been on leading point of movement.

**19. DID ANY UNSAFE MECHANICAL/PHYSICAL/ENVIRONMENTAL CONDITIONS CONTRIBUTE TO ACCIDENT?**

grain spout caused concern with conductor, causing distraction.

**20. WITNESS(ES) TO ACCIDENT**

Bill McFard

**21. WAS ALCOHOL/DRUG TEST ADMINISTERED?** ☐ YES ☒ NO

**22. OFFICER MADE PERSONAL INSPECTION OF ACCIDENT** ☒ YES ☐ NO

**23. DATE AND TIME INITIAL CONTACT WAS MADE**

**24. LIST OF PERSONAL PROTECTIVE EQUIPMENT WORN**

**25. WILL INJURY RESULT IN LOST TIME?** ☐ YES ☐ NO

DATE PREPARED 11/15/05     SIGNATURE OF SUPERVISORY OFFICER Dave McFarland

THIS REPORT MUST BE ATTACHED TO FORM CT4.
THIS FORM MAKES ALL OTHER CT4A'S OBSOLETE.         000898

DISTRIBUTION OF THIS REPORT: ORIGINAL TO HUMAN RESOURCES DEPARTMENT
FAX TO DISPATCHER IMMEDIATELY