

FAXED 2-23-06

## West Liberty Physical Therapy Office

Date: February 23, 2006

Dianna Sprague PA-C

Re: Michael Smock                                    Diagnosis: right ankle pain

Your patient has been seen from 2-9-06 to 2-14-06 for physical therapy for a total of 2 visits.

On his last visit, Mr. Smock reported continued right ankle pain. He thought the exercises he was given made the pain worse.

He presented with continued lateral right ankle effusion, and palpable pain over lateral and anterior ankle. He was treated with ultrasound and electrical stimulation for pain and swelling control. He was also given a HEP for gastroc stretching, ankle isometrics, and other light strengthening exercises. He was also instructed to continue his single leg stance exercise at home to work on his balance.

Mr. Smock cancelled his visit on 2-16-06 due to poor weather. He did not call to reschedule any further visits. We did call and leave a message for him to schedule continued physical therapy. He called the office today reporting he had fallen again recently, and wondered what he should do. I advised him to first check with you for his scheduled follow-up visit. Please call if you would like to discuss his case further, or if you feel he needs other treatment intervention due to his recent re-injury.

*Kenyon DeHaan PT/ATC*
Kenyon DeHaan PT/ATC

**If you wish to have therapy continued, please check below:

_____ Continue with no changes            _____ Discontinue Therapy

_____ Continue therapy with changes:
_____

_____

Date: _____            _____
                                          Physician Signature

DEF EXHIBIT S

CORPORATE OFFICE
2109 Cedarwood Dr., Suite 100
Muscatine, IA 52761
Phone 563-288-6787
Fax 563-288-6719

COLUMBUS JUNCTION PHYSICAL THERAPY
104 North Main St
Columbus Junction, IA 52738
Phone 319-728-4441
Fax 319-728-4442

WEST LIBERTY PHYSICAL THERAPY
1103 N. Elm Street, Suite 101
West Liberty, IA 52776
Phone 31
Fax 31

MS 241