THE IOWA STATE BAR ASSOCIATION  
Official Form No. 101  
Steven D. Kundel ISBA # 16917  

FOR THE LEGAL EFFECT OF THE USE OF THIS FORM, CONSULT YOUR LAWYER



# WARRANTY DEED

For the consideration of One ($1.00) Dollar(s) and other valuable consideration,

Michael L. Smock, a single person

do hereby Convey to

R & R Apartments, Inc., an Iowa Corporation

the following described real estate in Muscatine County, Iowa:

Lot 1, and the West 10.3 feet of Lot 2, in Block 83, of the City of Muscatine, in Muscatine County, Iowa,

and

The Westerly 160 feet of Block 8, in North Wilton, an Addition to the City of Wilton, in Muscatine County, Iowa, except the North 114 feet thereof.

Exempt from Iowa real estate transfer tax per 428A.8 and exempt under DOV #8. Grantee takes title subject to and agrees to pay and assume the indebtedness on this real estate secured by Mortgages to First National Bank of Muscatine.

Grantors do Hereby Covenant with grantees, and successors in interest, that grantors hold the real estate by title in fee simple; that they have good and lawful authority to sell and convey the real estate; that the real estate is Free and Clear of all Liens and Encumbrances except as may be above stated; and grantors Covenant to Warrant and Defend the real estate against the lawful claims of all persons except as may be above stated. Each of the undersigned hereby relinquishes all rights of dower, homestead and distributive share in and to the real estate.

Words and phrases herein, including acknowledgment hereof, shall be construed as in the singular or plural number, and as masculine or feminine gender, according to the context.

STATE OF IOWA  
COUNTY OF MUSCATINE

Dated: November 4th 2005

This instrument was acknowledged before me on November 4th, 2005 by Michael L. Smock, a single person.

Michael L. Smock (Grantor)

_____ (Grantor)

_____ (Grantor)

Notary Public  
STEVEN D. KUNDEL  
Commission Number 712221  
My Commission Expires 8-24-07

_____ (Grantor)

© The Iowa State Bar Association 2005  
IOWADOCS®  
101 WARRANTY DEED  
Revised

DEFENDANT'S EXHIBIT U