THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| MICHAEL SMOCK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-CV-00051-LRR |
| | ) | |
| vs. | ) | |
| | ) | **IAIS'S MOTION FOR LEAVE** |
| IOWA INTERSTATE RAILROAD, LTD., | ) | **TO INTERVIEW JURORS** |
| a Corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the Defendant, and pursuant to Local Rule 47, moves the Court for leave to interview the jurors in the civil trial that was held November 17 – November 19, 2008, in the above-captioned case for the purpose of learning their thoughts and impressions concerning the parties' performances at trial and the evidence presented therein.

/s/Edward J. Krug
Edward J. Krug         AT 0004494
Sasha L. Monthei      AT0005506
Krug Law Firm, P.L.C.
6 Hawkeye Drive, Suite 103
P.O. Box 888
North Liberty, IA 52317
Telephone: 319-626-2076
Facsimile: 319-626-3266
E-mail: ekrug@kruglawfirm.com
E-mail: smonthei@kruglawfirm.com
ATTORNEYS FOR DEFENDANT IOWA
INTERSTATE RAILROAD, LTD.

CERTIFICATE OF SERVICE

The undersigned states that on the ___21___ day of November, 2008, he has caused a true and correct copy of the foregoing **Motion for Leave to Interview Jurors,** to be filed via the ECF System for the United States District Court, Northern District of Iowa, which system shall provide electronic notice of same upon the following ECF registered participant(s):

        George Brugess, Esq.
        Hoey & Farina, PC
        542 South Dearborn, Suite 200
        Chicago, IL 60605

        Attorney for Plaintiff Michael Smock


        /s/Edward J. Krug_____