# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA, CEDAR RAPIDS DIVISION

MICHAEL SMOCK,                )

                       )

        Plaintiff,        )

v.                      ) Court No.: 1:07-cv-00051-LRR

                       )

IOWA INTERSTATE RAILROAD, LTD., a  )

Corporation             )

                       )

        Defendant.        )

## <u>PLAINTIFF'S JOINS IN IAIS'S MOTION FOR LEAVE TO INTERVIEW JURORS</u>

NOW COMES Plaintiff, Michael Smock, and pursuant to Local Rule 47, moves the Court for leave to join Defendant IAIS's Motion for Leave to Interview Jurors regarding the civil trial that was held November 17 through November 19, 2008, in the above-captioned case for the purpose of learning their thoughts and impressions concerning the parties' performances at trial and the evidence presented therein.

                                 Respectfully submitted,

                                 <u>s/George T. Brugess</u>

                                 George T. Brugess

HOEY AND FARINA, P.C.
542 S. Dearborn, Suite 200
Chicago, IL 60605
312/939-1212
gbrugess@hoeyfarina.com (e-mail)

## PROOF OF SERVICE BY E-FILING

George T. Brugess, an attorney, certifies that he served a copy of the above listed document upon the attorneys listed below by e-filing at or before 5:00 on November 26, 2008.


Edward J. Krug
Krug Law Firm, PLC
Hach Bldg, #330
PO Box 186
Cedar Rapids, IA  52406


s/George T. Brugess_____
George T. Brugess


HOEY AND FARINA, P.C.
542 S. Dearborn, Suite 200
Chicago, IL 60605
312/939-1212
gbrugess@hoeyfarina.com (e-mail)