IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

MICHAEL SMOCK,

    Plaintiff,

vs.

IOWA INTERSTATE RAILROAD,
LTD., a Corporation.

    Defendant.

No. C07-0051

ORDER PERMITTING CONTACT
OF JURORS

---

This matter comes before the Court on the Motion for Leave to Interview Jurors (docket number 82) filed by the Defendant on November 21, 2008, and the Joinder (docket number 83) filed by the Plaintiff on November 26, 2008. Both counsel request that they be permitted to contact jurors pursuant to Local Rule 47 "for the purpose of learning their thoughts and impressions concerning the parties' performances at trial and the evidence presented therein." The Court concludes that the motions should be granted. Counsel are cautioned, however, that they must respect a juror's decision not to speak with them.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Leave to Interview Jurors (docket number 82) filed by Defendant and the Joinder (docket number 83) filed by Plaintiff are hereby **GRANTED**.

DATED this 26th day of November, 2008.

                                                JON STUART SCOLES
                                              United States Magistrate Judge
                                              NORTHERN DISTRICT OF IOWA