IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| MICHAEL SMOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>IOWA INTERSTATE RAILROAD, LTD.,<br><br>    Defendant. | CASE NO. 07-CR-0051-JSS<br><br>NOTICE OF INTENT TO<br>    DESTROY EXHIBITS |

In accordance with Local Rule 57.3, it is our intention to dispose of the following trial exhibits in the above matter on 07/18/12, unless claimed by you or your office prior to this date.

    Plf. Exhibits: 3, 10, 16, 20, 22-10, 22-11, 22-12, 22-14, 22-28, 24, 26

    Def. Exhibits: A-1 thru A-5, B, C, E, F, G-2, H, I, L-2, M, O-1 thru O-3,

        P, S, U, Y.

    Dated: 06/18/12

                                    ROBERT L. PHELPS, Clerk
                                    U.S. District Court
                                    Northern District of Iowa

                                    s/ Karen S. Yorgensen
                                    (By) Karen S. Yorgensen, Deputy Clerk