IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| MICHAEL SMOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>IOWA INTERSTATE RAILROAD, LTD,<br><br>    Defendant. | CASE NO. 07-CV-0051-LRR<br><br>STATEMENT OF DESTRUCTION<br>OF EXHIBITS |

Pursuant to L.R. 57.3(f), Plaintif's Exhibits: 3, 10, 16, 20, 22-10 thru 22-12, 22-14, 22-28, 24, 26; Defendant's Exhibits: A-1 thru A-5, B, C, E, F, G-2, H, I, L-2, M, O-1 thru O-3, P, S, U, Y were destroyed by the Clerk of the United States District Court on 08/02/12, after having given notice of intention to do so to counsel of record on 06/18/12.

Dated: 08/02/12

                                            ROBERT L. PHELPS, Clerk
                                            U.S. District Court
                                            Northern District of Iowa

                                            s/ Karen S. Yorgensen
                                            (By) Karen S. Yorgensen, Deputy Clerk